AO 245B  (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
<u>      EASTERN      </u>    District of    <u>      LOUISIANA      </u>

**UNITED STATES OF AMERICA**
**V.**

**MARK JOHNSON**

**JUDGMENT IN A CRIMINAL CASE**

Case Number:  **08-076**

USM Number:  **30534-034**

<u>Samuel J. Scillitani, Jr (FPD)</u>
Defendant's Attorney

**THE DEFENDANT:**

X  pleaded guilty to count(s)  <u>1, 2 and 3 of the Indictment on July 23, 208</u>

☐  pleaded nolo contendere to count(s)  _____
which was accepted by the court.

☐  was found guilty on count(s)  _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Count** |
|---|---|---|
| 18 U.S.C.  §2113(a)(d) | Bank  Robbery | 1 |
| 18 U.S.C.  §924(c) | Federal Gun Control Act | 2 |
| 18 U.S.C.  §922(g)(1) | Convicted Felon in Possession of a Firearm | 3 |
| 18 U.S.C.  2 | | |

The defendant is sentenced as provided in pages 2 through  <u>  7  </u>  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s)  _____

☐  Count(s)  _____  ☐ is  ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for the district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**COURT REPORTER:   ARLENE MOVAHED**

**U.S. ATTORNEY:  BRIAN CAPITELLI**

**PROBATION OFFICER: DAVID ARENA**

**DEPUTY CLERK:  BARRY J. JOHNSON**

**CERTIFIED AS A TRUE COPY**
**ON THIS DATE**  _____

**BY:**  _____
    **Deputy Clerk**

 October 29, 2008
Date of Imposition of Judgment

_(signature)_
Signature of Judge

**IVAN L.R. LEMELLE, UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

 October 31, 2008
Date

AO 245B  (Rev. 06/05) Judgment in a Criminal Case

Sheet 2 – Imprisonment

Judgment – Page 2 of 7

**DEFENDANT: MARK JOHNSON**
**CASE NUMBER: 08-076 "B"**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: Seventy one (71) months as to Counts 1 & 3 (to be served concurrently) and eighty four (84) months as to Count 2 to run consecutively to Counts 1 and 3.

X  The court makes the following recommendations to the Bureau of Prisons:
   The defendant be placed in a facility that provides substance abuse and drug treatment programs.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____   ☐ a.m.   ☐ noon   ☐ p.m.   on _____.

   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2:00 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

a _____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

BY: _____
DEPUTY UNITED STATES MARSHAL

AO 245B  (Rev. 06/05) Judgment in a Criminal Case
         Sheet 3 – Supervised Release

**DEFENDANT: MARK JOHNSON**
**CASE NUMBER: 08-076 "B"**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five (5) years. This term consists of terms of five years on each of Counts 1 and 2, and a term of three years on Count 3, all such terms to run concurrently.

  The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

  The defendant shall not commit another federal, state or local crime.

  The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X  The defendant shall cooperate in the collection of DNA, as directed by the Probation Officer. (Check, if applicable.)

☐  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the Probation Officer. (Check, if applicable).

☐  The defendant shall participate in an approved program for domestic violence. (Check, if applicable).

  If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

  The defendant must comply with the mandatory and standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

AO 245B  (Rev. 06/05) Judgment in a Criminal Case
   Sheet 3 A– Supervised Release

Judgment – Page __4__ of __7__

**DEFENDANT:  MARK JOHNSON**
**CASE NUMBER:  08-076 "B"**

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 06/05) Judgment in a Criminal Case
    Sheet 3 B– Supervised Release

Judgment – Page   5   of   7

**DEFENDANT:  MARK JOHNSON**
**CASE NUMBER:  08-076 "B"**

# ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

In addition, the following special conditions are imposed:

(1)    **FINANCIAL DISCLOSURE CONDITION**

The defendant shall provide the Probation Officer with access to any requested financial information.

(2)    **FINANCIAL RESTRICTION CONDITION**

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer, unless the defendant is in compliance with the installment payment schedule.

(3)    **DRUG ABUSE TREATMENT AND/OR TESTING CONDITION**

The defendant shall participate in a program of testing and/or treatment for drug abuse, as directed by the Probation Officer, until such time as the defendant is released from the program by the Probation Officer.  The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the Probation Officer.

(4)    **ORIENTATION AND LIFE SKILLS**

The defendant shall participate in an orientation and life skills program as directed by the Probation Officer.

(5)    **DNA REGISTRATION**

The defendant shall cooperate in the collection of a DNA sample pursuant to DNA Analysis Backlog Elimination Act of 2000, and subsequent amendments dated December 19, 2003 and October 30, 2004.

(6)    The defendant shall pay any restitution that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release.

**DEFENDANT: MARK JOHNSON**
**CASE NUMBER: 08-076**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $300.00 ($100 per count) | WAIVED | $4,914.00 |

**THE SPECIAL ASSESSMENT IS ORDERED DUE IMMEDIATELY.**
**THE COURT FINDS THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY A FINE. THE COURT WILL WAIVE THE FINE IN THIS CASE.**

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 USC § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| First Bank and Trust (586-2844)<br>909 Poydras Street<br>New Orleans, La. 70112<br>Corporate Security Officer Monica Franques |  | $1,965.00 |  |
| State Farm (800-448-4587)<br>Claim No. 181479354<br>P O Box 22101<br>Tulsa, OK 74121 |  | $2,699.00 |  |
| Tiffany Nguyen (589-3200)<br>c/o U. S. Probation Office<br>500 Poydras Street B-505<br>New Orleans, La. 70130 |  | $ 250.00 |  |
| **TOTALS** | $ | $ 4,914.00 |  |

☐ Restitution amount ordered pursuant to plea agreement. $_____

☐ The defendant must pay interest on restitution and a fine of more than $2,500.00, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 USC § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 USC § 3612(g).

X The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  X the interest requirement is waived for the restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.
AO 245B (Rev. 06/05) Judgment in a Criminal Case

**DEFENDANT: MARK JOHNSON**
**CASE NUMBER: 08-076 "B"**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

☐ not later than _____ , or

☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, ☐ E, or ☐ F below;) or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $_____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $_____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** X Special instructions regarding the payment of criminal monetary penalties:

The payment of the restitution of $4,914.00, shall begin while the defendant is incarcerated. Upon release, any unpaid balance shall be paid at a rate of $50.00 per month. The payment is subject to increase or decrease, depending on the defendant's ability to pay. It is ordered that the defendant, who is jointly and severally liable for these injuries, make restitution to such person totaling $4,914.00, except that no further payment shall be required after the sum of the amounts actually paid by all defendants has fully covered all of the compensable injuries. Any payment made by the defendant shall be divided among the persons named in proportion to their compensable injuries.

**THE SPECIAL ASSESSMENT IS ORDERED DUE IMMEDIATELY.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.